Richard G. Novak, State Bar No. 149303
RICHARD G. NOVAK, APLC
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Tel:   (626) 578-1175
Fax:   (626) 685-2562
E-mail: richard@rgnlaw.com

D. Jay Ritt, State Bar No. 138661
Tiffany W. Tai, State Bar No. 193271
RITT, TAI, THVEDT & HODGES, LLP
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Tel:   (626) 685-2550
Fax:   (626) 685-2562
E-mail: ritt@rtthlaw.com, tai@rtthlaw.com

Attorneys for Plaintiff JOHN DOE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, | Case No. |
| Plaintiff, | |
| vs. | **STIPULATION OF PLAINTIFF AND CERTAIN DEFENDANTS THAT PLAINTIFF MAY PROCEED IN THIS ACTION UNDER PSEUDONYM "JOHN DOE"; DECLARATION OF COUNSEL** |
| WILLIAM P. BARR, in his personal capacity and official capacity as Attorney General of the United States of America; the UNITED STATES DEPARTMENT OF JUSTICE; CHRISTOPHER A. WRAY, in his personal capacity and official capacity as Director of the FEDERAL BUREAU OF INVESTIGATION; the FEDERAL BUREAU OF INVESTIGATION and DOES 1 through 10, Inclusive, | **[PROPOSED ORDER LODGED CONCURRENTLY]** |
| Defendants. | |

Plaintiff JOHN DOE, by and through his counsel of record, Richard G. Novak, D. Jay Ritt and Tiffany W. Tai, and Defendant WILLIAM P. BARR, in his official capacity only, the UNITED STATES DEPARTMENT OF JUSTICE, CHRISTOPHER A. WRAY, in his official capacity only, and the FEDERAL BUREAU OF INVESTIGATION, by and through their counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Joanne Osinoff, hereby stipulate and respectfully request that this Court order as follows:

1. In this action, Plaintiff has filed a Complaint for equitable and other relief in which Plaintiff alleges, *inter alia*, that the Defendants' maintenance on government servers of press releases related to the concluded criminal prosecution and conviction of Plaintiff violates Plaintiff's statutory and constitutional rights.

2. Plaintiff has brought this civil action only after the parties have met and conferred concerning the merits of Plaintiff's causes of action and have not been able to agree on a resolution of the disputed issues framed by the Complaint.

3. The parties to this stipulation are in agreement, however, that in light of the nature of Plaintiff's factual assertions and causes of action, Plaintiff may proceed in this action under the pseudonym "JOHN DOE."

4. The parties to this stipulation are further in agreement that no party to this stipulation will disclose to a third party the true identity of Plaintiff unless it is necessary to do so in connection with this action, and that any public filing of a document in this action will be redacted accordingly.

5. The parties to this stipulation are further in agreement that this stipulation does not in any manner limit or constitute a waiver of defenses that may be available to all Defendants, including without limitation, jurisdiction and service of process.

DATED: April 13, 2020          Respectfully submitted,

D. Jay Ritt
Tiffany W. Tai
RITT, TAI, THEVDT & HODGES, LLP

Richard G. Novak
RICHARD G. NOVAK, APLC

  /s/ Richard G. Novak
_____
Richard G. Novak

*Attorneys for* Plaintiff JOHN DOE

DATED: April 13, 2020          NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division

  /s/ Joanne S. Osinoff
_____
Assistant United States Attorney
Chief, General Civil Section

*Attorneys for* Defendants WILLIAM P. BARR in his official capacity as Attorney General of the Unites States of America, the UNITED STATES DEPARTMENT OF JUSTICE, CHRISTOPHER A. WRAY in his official capacity as Director of the Federal Bureau of Investigation, and the FEDERAL BUREAU OF INVESTIGATION

## **DECLARATION OF RICHARD G. NOVAK**

I, RICHARD G. NOVAK, declare as follows:

1. I am an attorney duly licensed to practice in all of the courts of the State of California, and the United States District Court, Central District of California. Along with D. Jay Ritt and Tiffany W. Tai, I am counsel of record for the Plaintiff in this matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On multiple occasions in March 2020, I spoke by telephone and electronic mail with Assistant United States Attorney Joanne Osinoff, Chief of the General Civil Section of the Office of the United States Attorney in this district. Ms. Osinoff informed me that the Defendants represented by her office agree that Plaintiff should be permitted to proceed in this manner under the pseudonym "JOHN DOE," and agree to the other terms in the Stipulation and Proposed Order. Ms. Osinoff does not have authority to speak on behalf of either Defendant William P. Barr or Defendant Christopher A. Wray in their *individual capacities*, and they are not parties to this Stipulation in their individual capacities.

3. On April 3, 2020, Ms. Osinoff informed me that she had reviewed this Stipulation, this Declaration and the Proposed Order, and that she agrees and consents to the matters set forth in these filings on behalf of the Defendants represented by her office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of April 2020, at Pasadena, California.

                                           */s/ Richard G. Novak*
                                           _____
                                           RICHARD G. NOVAK, Declarant

STIPULATION RE PLAINTIFF PROCEEDING UNDER PSEUDONYM